UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

EMIRATES TRADING AGENCY LLC,

                Plaintiff,

   - against -

EASTERN MEDIA INTERNATIONAL
CORPORATION OF TAIWAN,

                Defendant.

------------------------------------------------x

09 Civ. 1158 (TPG)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/09

      On May 13, 2009, the court dismissed this action without prejudice, and vacated the attachment order, which had been issued on February 10, 2009.

      After receiving letters from counsel for both sides, the court has determined that both the attachment order and the action should remain open for a further period of time. There is no prejudice to defendant from this. Also, it appears that a very large debt is owed, and there is merit to the contention that there should be a further opportunity to seek the attachment of funds to satisfy that debt.

      Accordingly, the attachment order and the action are re-instated. If no funds are attached within a period of 60 days from now, the court will entertain a further application to vacate the attachment order and dismiss the action.

Dated: New York, New York
      May 15, 2009

SO ORDERED

*/s/ Thomas P. Griesa*

Thomas P. Griesa
U.S.D.J.